120 A.3d 298

**Anne WILSON, Petitioner**

v.

**HONEYWELL, INC., (Formerly Allied Signal Inc.) and Travelers Insurance Company, Respondents.**

**Anne Wilson, Petitioner**

v.

**Travelers Insurance Company and Allied Signal, Inc., Respondents.**

**Nos. 65 EM 2015, 66 EM 2015.**

Supreme Court of Pennsylvania.

July 22, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2015, as the challenged order is not a final one, the Petition for Allowance of Appeal is **DISMISSED.** *See* 42 Pa.C.S. § 724(a) (stating that only final orders of the Commonwealth Court, sitting in its appellate jurisdiction, may be challenged through allocatur review).